CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

William T. Massie; Dunnie R. Tuck; Donald R. McClarren; Rose Bucher Individually and
as the Personal Representative for the Estate of Lloyd Bucher, Deceased

_____

Plaintiff(s)

vs.

Civil Action No.: _06-0749_

The Government of the Democratic People's Republic of Korea,
its Ministries, Agencies, and Instrumentalities

_____

Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Democratic People's Republic of Korea
c/o Ministry of Foreign Affairs
Central District
Pyongyang, Democratic People's Republic of Korea

by: (check one)        ☐    registered mail, return receipt requested
                       ☑    DHL

pursuant to the provisions of: (check one)
                       ☐    FRCP 4(f)(2)(C)(ii)
                       ☑    28 U.S.C. § 1608(a)(3)
                       ☐    28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country):
The Democratic People's Republic of Korea _____, and that I obtained this information by
contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Karen McGee
Barnes & Thornburg LLP
750 17th St. N.W., Suite 900
Washington, DC 20006

(Name and Address)