CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

William T. Massie; Dunnie R. Tuck; Donald R. McClarren; Rose Bucher Individually and as the Personal Representative for the Estate of Lloyd Bucher, Deceased

Plaintiff(s)

vs.

The Government of the Democratic People's Republic of Korea, its Ministries, Agencies, and Instrumentalities

Defendant(s)

Civil Action No.: 1:06CV00749

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Democratic People's Republic of Korea
c/o Ministry of Foreign Affairs
Central District
Pyongyang, Democratic People's Republic of Korea

by: (check one)   ☐ registered mail, return receipt requested
                  ☒ DHL

pursuant to the provisions of: (check one)
   ☐ FRCP 4(f)(2)(C)(ii)
   ☒ 28 U.S.C. § 1608(a)(3)
   ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): The Democratic People's Republic of Korea, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Karen McGee
Barnes & Thornburg LLP
750 17th St. N.W., Suite 900
Washington, DC 20006

(Name and Address)