UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM THOMAS MASSIE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE GOVERNMENT OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA,**<br><br>Defendant. | Civil Action 06-00749 (HHK) |

### ORDER TO SHOW CAUSE

The complaint in this case was filed in April 2006 and the summons was issued to the defendant in August 2006. Since that time, there does not appear to be any action by plaintiffs to prosecute this case.

Accordingly, it is this 15th of August, 2007, hereby

**ORDERED** that plaintiffs shall show cause in a written submission by no later than September 5, 2007, why this case should not be dismissed for failure to prosecute, pursuant to Local Rule 83.23.

Henry H. Kennedy, Jr.
United States District Judge
