William Thomas Massie, et al.,
v. The Government of the Democratic People's Republic of Korea

Plaintiffs' Exhibit No. 1

**DHL**



FROM: Lacovinay McBeth

DATE: 10-13-06

COMPANY: Barnes + Thornburg

PHONE: (877-297-6031) EXT.4874
FAX: (928) 222-2982

CONTACT: Nathan Stokes

DOM / INTL (CIRCLE ONE)

FAX #: 202-289-1330

DHL AIRWAYBILL #: 7474861786

THERE ARE 2 PAGES ATTACHED TO THIS COVER PAGE.

_____  HARD COPY PROOF OF DELIVERY
           SEE LINE # _____

   X       REQUESTED LETTER

_____  COPY OF DHL AIRWAYBILL

_____  MISCELLANEOUS

_____  REQUEST FOR ADDITIONAL INFORMATION

COMMENTS:

PLEASE CALL ME IF I CAN BE OF FURTHER ASSISTANCE!
THANK YOU FOR SHIPPING WITH DHL EXPRESS!



October 13, 2006

Barnes & Thornburg
Nathan Stokes
750 NW 17th St ste 900
Washington DC, 20006
Fax(202) 289-1330

Airwaybill:              7474361786
Date Shipped:            September 01, 2006
Shipper:                 Barnes & Thornburg
Consignee:               Democratic Peoples Republic of Korea
City, State, Zip:        Pyongyang
Country:                 Korea, D.P.R. OF

Dear Nathan Stokes,

In response to your inquiry concerning the above referenced shipment, DHL Express has traced this shipment through our shipping cycle and has ascertained the following:

Your Shipment was delivered on September 08, 2006 at 14:03PM signed by Gyu Sok.

DHL sincerely regrets any inconvenience that may have resulted with regards to this shipment. We value our relationship with our customers and hope you will allow us to continue providing services to your company.

Sincerely,

Lacovinay McBeth
Service Inquiry Research Specialist
1(877) 297-6031 + 4874.