UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM THOMAS MASSIE;<br>DUNNIE RICHARD TUCK;<br>DONALD RAYMOND MCCLARREN;<br>and ROSE BUCHER, Individually and as the<br>duly appointed Personal Representative of the<br>ESTATE OF LLOYD BUCHER,<br>DECEASED,<br><br>      Plaintiffs,<br><br>vs.<br><br>THE GOVERNMENT OF THE<br>DEMOCRATIC PEOPLE'S REPUBLIC OF<br>KOREA, its Ministries, Agencies and<br>Instrumentalities,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Court No. 1:06CV00749 (HHK)<br>)<br>)<br>)<br>)<br>) |

ORDER

Plaintiffs have filed a motion requesting the convening of a Status Conference in order to establish a protocol for a hearing on Plaintiffs' Motion for Entry of Default Judgment.

Accordingly, it is this ____ of August, 2007, hereby:

ORDERED that a status conference is scheduled for _____, 2007, beginning at _____, for the purpose of establishing a protocol for presentation of evidence and argument relating plaintiffs' right to a default judgment against defendants.

Dated:_____

                                                _____
                                                Henry H. Kennedy
                                                United States District Judge