AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

William T. Massie; Dunnie R. Tuck; Donald R. McClaren; and
Rose Bucher, Individually and as the duly appointed Personal
Representative of the Estate of Lloyd Bucher, Deceased    )
)
Plaintiff(s)    )    APPEARANCE
)
)
vs.    )    CASE NUMBER    1:06 CV00749(HHK)
Government of the Democratic People's Republic of )
Korea, its ministries, agencies and instrumentalities )
)
Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  James R. Sweeney, II  as counsel in this
(Attorney's Name)

case for:  Massie, et al. v. Democratic People's Republic of Korea
(Name of party or parties)

4-21-08
Date

/s/ James R. Sweeney, II
Signature

D.C. Bar # 462763
BAR IDENTIFICATION

James R. Sweeney, II
Print Name

11 South Meridian St.
Address

Indianapolis, Indiana 46204-3535
City          State          Zip Code

317-236-1313
Phone Number