UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM THOMAS MASSIE, et al.,

Plaintiffs,

v.

THE GOVERNMENT OF THE
DEMOCRATIC PEOPLE'S REPUBLIC
OF KOREA,

Defendant.

Civil Action 06-00749 (HHK)

JUDGMENT

As set forth in the court's Memorandum docketed this same day, William Thomas Massie, Donald Raymond McClarren, Rose Bucher, in her capacity as the representative of the estate of Lloyd Bucher and in her own behalf, and Dunnie Richard Tuck have established their claim of right to relief in this action by evidence that is satisfactory to the court as required by 28 U.S.C. § 1608(e). Accordingly it is this 30th day of December 2008, hereby

**ORDERED AND ADJUDGED** that with respect to the claim of William Thomas Massie, judgment is entered in favor of William Thomas Massie and against the Government of the Democratic People's Republic of Korea in the amount $16,750,000 ; and it is further

**ORDERED AND ADJUDGED** that with respect to the claim of Donald Raymond McClarren, judgment is entered in favor of Donald Raymond McClarren and against the Government of the Democratic People's Republic of Korea in the amount $16,750,000 ; and it is further

**ORDERED AND ADJUDGED** that with respect to the claim of the estate of Lloyd Bucher, judgment is entered in favor of the estate of Lloyd Bucher and against the Government of the Democratic People's Republic of Korea in the amount $14,350,000; and it is further

**ORDERED AND ADJUDGED** that with respect to the claim of Rose Bucher, on her own behalf, judgment is entered in favor of Rose Bucher and against the Government of the Democratic People's Republic of Korea in the amount of $1,250,000; and it is further

**ORDERED AND ADJUDGED** that with respect to the claim of Dunnie Richard Tuck, judgment is entered in favor of Dunnie Richard Tuck and against the Government of the Democratic People's Republic of Korea in the amount of $16,750,000.

                                              Henry H. Kennedy, Jr.
                                              United States District Judge