UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. MASSIE; DUNNIE R. TUCK; DONALD R. MCCLARREN; and ROSE BUCHER, Individually and as the duly appointed Personal Representative of the ESTATE OF LLYOD BUCHER, DECEASED,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE GOVERNMENT OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, Its Ministries, Agencies, and Instrumentalities,<br><br>　　　　　　Defendants. | Case No. 1:06-cv-00749-HHK |

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for Plaintiffs, hereby request that the Clerk mail a copy of the enclosed translated Judgment and translated Memorandum, in addition to the enclosed translator's Certificate of Accuracy, to:

The Democratic People's Republic of Korea
c/o Ministry of Foreign Affairs
Central District
Pyongyang, Democratic People's Republic of Korea

by: DHL

pursuant to the provisions of: 28 U.S.C. § 1608(a)(3).

I certify that this method of service is authorized by the domestic law of the Democratic People's Republic of Korea, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

　　　　　　　　　　　　　　　　　　　　/s/ James Rupert Burdett
　　　　　　　　　　　　　　　　　　　　James Rupert Burdett (Bar ID: 458649)
　　　　　　　　　　　　　　　　　　　　BARNES & THORNBURG LLP
　　　　　　　　　　　　　　　　　　　　1717 Pennsylvania Avenue N.W.
　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006-4623