# BARNES & THORNBURG LLP

1717 Pennsylvania Ave. N.W.
Suite 500
Washington, D.C. 20006-4623
202-289-1313
202-289-1330 (Fax)

www.btlaw.com

James R. Burdett

(202) 371-6374
jim.burdett@btlaw.com

February 10, 2014
**<u>Via Hand Delivery</u>**

Clerk of the United States District Court
   for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

Re:   *William T. Massie, et al. v.*
      *The Government of the Democratic People's Republic of Korea, et al.*
      <u>Case No. 1:06-cv-00749-HHK</u>

Dear Madam:

Pursuant to 28 U.S.C. § 1608(a)(3), please find enclosed three (3) copies of the following:

1. Affidavit Requesting Foreign Mailing;
2. Notice of Electronic Filing;
3. Translated Judgment;
4. Translated Memorandum;
5. Translator's Certificate of Accuracy; and
6. A DHL document envelope and DHL International Shipment Waybill.

One package is for the foreign mailing; one is for the Court; and one is to be date stamped for our courier to return to us.

If you have any questions, please do not hesitate to contact me.

Sincerely yours,

BARNES & THORNBURG LLP

*(signature)*
James R. Burdett

**RECEIVED**
**FEB 10 2014**
Clerk, U.S. District and
Bankruptcy Courts

JRB/chb
Enclosures
DCDS01 JBURDETT 186217v1

Atlanta   Chicago   Delaware   Indiana   Los Angeles   Michigan   Minneapolis   Ohio   Washington, D.C.