CO 939
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

WILLIAM THOMAS MASSIE, et al
_____
Plaintiff(s)

vs.

Civil Action No.: 06-cv-00749-HHK
_____

GOVERNMENT OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __11__ day of _____February_____, 20 _14_ ,
I mailed:

1. ☐   One copy of the summons and complaint        by registered mail, return receipt requested       , to
the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

    Three Copies
2. ☒   ~~One copy~~ of the judgment                          , together with a translation of each into the
official language of the foreign state, by DHL                              , to the head of the
ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐   Two copies of the summons, complaint and notice of suit      |, together with a translation of each into
the official language of the foreign state, by certified mail, return receipt requested       |, to the U.S.
Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services,
2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas
Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐   One copy of the summons and complaint        , together with a translation of each into the official
language of the foreign state, by registered mail, return receipt requested       |, to the agency or
instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


ANGELA D. CAESAR, CLERK

By: _Jackie Francis_____

Digitally signed by Jackie Francis
DN: cn=Jackie Francis, o=U.S. District Court for D.C., ou=Operations,
email=dcd_cmecf@dcd.uscourts.gov, c=US
Date: 2014.02.11 15:03:26 -05'00'

Deputy Clerk